UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES JERROD SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14–2968** |
| **WENDALL O'BERRY ET AL.** | **SECTION "H" (2)** |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e) or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

New Orleans, Louisiana, on this 17th day of April, 2015.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE